VANESSA BUCHKO
BENJAMIN VAUGHN
Enforcement Attorneys
Consumer Financial Protection Bureau
1700 G Street, NW
Washington, DC 20552
Telephone (Buchko): 202-435-9593
Telephone (Vaughn): 202-435-7964
Fax: 202-435-7722
E-mail: Vanessa.Buchko@cfpb.gov
E-mail: Benjamin.Vaughn@cfpb.gov

ATTORNEYS FOR PLAINTIFF
Consumer Financial Protection Bureau

## UNITED STATES DISTRICT COURT
## DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| Consumer Financial Protection Bureau,<br><br>Plaintiff,<br><br>v.<br><br>Think Finance, LLC, formerly known as Think Finance, Inc.,<br><br>Defendant. | Case No. 4:17-cv-00127-BMM<br><br>**ATTORNEY APPEARANCE** |

Plaintiff, the Consumer Financial Protection Bureau, submits the appearance of attorney Vanessa Anne Buchko as lead counsel in this matter. Ms. Buchko is an active member in good standing of the District of Columbia Bar (#502578). She is not a member of this Court's trial bar.

1

Dated: November 28, 2017              Respectfully submitted,

/s/ Vanessa Buchko
Vanessa Buchko
*Enforcement Attorney*
Consumer Financial Protection Bureau
1700 G Street, NW
Washington, DC 20552
Telephone: 202-435-9593
Fax: 202-435-7722
E-mail: Vanessa.Buchko@cfpb.gov
*Attorney for Consumer Financial
    Protection Bureau*