UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>Plaintiff,<br><br>v.<br><br>THINK FINANCE, LLC, formerly known as Think Finance, Inc.,<br><br>Defendant. | CV-17-127-BMM<br><br>ORDER |

Defendant has moved for an order allowing Thomas M. Hefferon to appear *pro hac vice* in this case with Leo S. Ward of Browning Kaleczyc Berry & Hoven, P.C. designated as local counsel. The application of Mr. Hefferon appears to be in compliance with L.R. 83.1(d).

IT IS ORDERED:

Defendant's motion to allow Mr. Hefferon to appear on their behalf (Doc. 8) is GRANTED, subject to the following conditions:

1. Local counsel shall exercise the responsibilities required by L.R. 83.1(d)(5) and must be designated as lead counsel or as co-lead counsel;

2. Mr. Hefferon must each do his own work. He must do his own writing, sign his own pleadings, motions, briefs, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court;

3. Local counsel shall also sign all such pleadings, motions and briefs and

other documents served or filed; and

    4.    Admission is personal only to Mr. Hefferon.

    5.    Mr. Hefferon shall file, within fifteen (15) days from the date of this Order, an acknowledgment and acceptance of his admission under the terms set forth above.

DATED this 18th day of January, 2018.

_____
Brian Morris
United States District Court Judge