# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>THINK FINANCE, LLC formerly known as Think Finance, Inc.,<br><br>　　　　　Defendant. | CV-17-127-GF-BMM<br><br>**ORDER** |

　　　　Defendant has moved for an order allowing David Rosenberg Esq. and Matthew S. Sheldon, Esq. to appear *pro hac vice* in this case with Leo S. Ward, Esq., designated as local counsel. The applications of Mr. Rosenberg and Mr. Sheldon appear to be in compliance with L.R. 83.1(d).

　　　　IT IS ORDERED:

　　　　Defendant's motions to allow Mr. Rosenberg and Mr. Sheldon to appear on its behalf (Docs. 23 and 24) are GRANTED, subject to the following conditions:

　　　　1.　　Local counsel shall exercise the responsibilities required by L.R. 83.1(d)(5) and must be designated as lead counsel or as co-lead counsel;

　　　　2.　　Only one attorney appearing *pro hac vice* may act as co-lead counsel;

3. Mr. Rosenberg and Mr. Sheldon must each do their own work. Each must do their own writing, sign their own pleadings, motions, briefs, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court;

4. Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed; and

5. Admission is personal to Mr. Rosenberg and Mr. Sheldon.

IT IS FURTHER ORDERED:

Each applicant shall file, within fifteen (15) days from the date of this Order, an acknowledgment and acceptance of their admission under the terms set forth above.

DATED this 26th day of February, 2018.

_____
Brian Morris
United States District Court Judge