**UNITED STATES DISTRICT COURT**
**DISTRICT OF MONTANA**
**GREAT FALLS DIVISION**

CONSUMER FINANCIAL PROTECTION BUREAU,

*Plaintiff,*

v.

THINK FINANCE, LLC, formerly known as Think Finance, Inc.,

*Defendant.*

Case No. 4:17-cv-00127-BMM

ORAL ARGUMENT REQUESTED

# DEFENDANT'S MOTION TO DISMISS

Defendant Think Finance, LLC ("Think Finance"), respectfully submits this Motion to Dismiss Plaintiff's Complaint. The grounds for the relief requested in this motion are set forth in the Memorandum filed contemporaneously with this motion. Think Finance respectfully requests oral argument on this Motion. Pursuant to Local Rule 7.1(c)(1), opposing counsel for Plaintiff has been contacted concerning this Motion and opposes the requested relief.

For the reasons set forth in the Memorandum, Think Finance respectfully requests that this Court dismiss the Complaint.

Respectfully submitted,

Dated: March 9, 2018

By: */s/ Thomas M. Hefferon*

THOMAS M. HEFFERON (*pro hac vice*)
MATTHEW S. SHELDON (*pro hac vice*)
**GOODWIN PROCTER LLP**
901 New York Avenue NW
Washington, DC 20001
Tel.: 202-346-4000

Fax.: 202-346-4444
*thefferon@goodwinlaw.com*
*srosesmith@goodwinlaw.com*
*msheldon@goodwinlaw.com*

DAVID ROSENBERG (*pro hac vice*)
**GOODWIN PROCTER LLP**
100 Northern Avenue
Boston, MA 02210
Tel.: 617-570-1000
Fax.: 617-523-1231
*drosenberg@goodwinlaw.com*

*/s/ Leo S. Ward (with permission)*

LEO S. WARD
**BROWNING KALECZYC BERRY & HOVEN P.C.**
800 N. Last Chance Gulch, Suite 101
Helena, MT 59601
Tel.: (406) 443-6820
leow@bkbh.com

Attorneys for Defendant:
THINK FINANCE, LLC

**CERTIFICATE OF SERVICE**

I, Thomas M. Hefferon, certify that on this 9th day of March, 2018, I served the foregoing document on all counsel of record via the Court's CM/ECF system. The document is available for viewing and downloading from the ECF system.

*/s/ Thomas M. Hefferon*
Thomas M. Hefferon