VANESSA BUCHKO
BENJAMIN VAUGHN
ADRIENNE WARRELL
Enforcement Attorneys
Consumer Financial Protection Bureau
1700 G Street, NW
Washington, DC 20552
Telephone (Buchko): 202-435-9593
Telephone (Vaughn): 202-435-7964
Telephone (Warrell): 202-435-7013
Fax: 202-435-7722
E-mail: Vanessa.Buchko@cfpb.gov
E-mail: Benjamin.Vaughn@cfpb.gov
E-mail: Adrienne.Warrell@cfpb.gov

ATTORNEYS FOR PLAINTIFF
Consumer Financial Protection Bureau

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MONTANA**
**GREAT FALLS DIVISION**

| | |
|---|---|
| Consumer Financial Protection Bureau,<br><br>Plaintiff,<br><br>v.<br><br>Think Finance, LLC, formerly known as Think Finance, Inc.,<br><br>Defendant. | Case No. 4:17-cv-00127-BMM<br><br>**ATTORNEY APPEARANCE** |

Plaintiff, the Consumer Financial Protection Bureau, submits the appearance of attorney Adrienne Warrell as counsel in this matter. Ms. Warrell is an active

member in good standing of the New York Bar. She is not a member of this Court's trial bar.

Dated: March 26, 2018          Respectfully submitted,

                                             */s/ Adrienne Warrell*
                                             Adrienne Warrell
                                             *Enforcement Attorney*
                                             Consumer Financial Protection Bureau
                                             1700 G Street, NW
                                             Washington, DC 20552
                                             Telephone: 202-435-7013
                                             Fax: 202-435-7722
                                             E-mail: Adrienne.Warrell@cfpb.gov
                                             *Attorney for Consumer Financial*
                                                          *Protection Bureau*