IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>Plaintiff,<br><br>-vs-<br><br>THINK FINANCE, LLC, formerly known as Think Finance, Inc.,<br><br>Defendant. | CV-17-127-GF-BMM<br><br>**ORDER** |

**IT IS HEREBY ORDERED** that the undersigned will conduct a hearing on Defendant's Motion to Dismiss, Doc. 34, on **Thursday, May 3, 2018 at 1:30 p.m.** at the Missouri River Federal Courthouse, Great Falls, Montana.

DATED this 28th day of March, 2018.

_____
Brian Morris
United States District Court Judge

-1-