# UNITED STATES DISTRICT COURT
# DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>*Plaintiff,*<br><br>v.<br><br>THINK FINANCE, LLC, formerly known as Think Finance, Inc., THINK FINANCE SPV, LLC, FINANCIAL U, LLC, TC LOAN SERVICE, LLC, TAILWIND MARKETING, LLC, TC ADMINISTRATIVE SERVICES, LLC, and TC DECISION SCIENCES, LLC<br><br>*Defendants.* | Case No. 4:17-cv-00127-BMM<br><br>ORDER |

Upon review of the Parties' Joint Motion, Doc. 40, the Court hereby grants the Motion.

**IT IS ORDERED** that April 24, 2018 shall be the single responsive pleading deadline for the seven (7) Defendants, and that the following briefing schedule and word count shall apply to briefing on Defendants' anticipated motion to dismiss the First Amended Complaint (the "Motion to Dismiss"):

- April 24, 2018: Defendants shall file any Motion to Dismiss. The brief in support of the Motion to Dismiss shall not exceed 8,000 words.

- May 22, 2018: Plaintiff's shall file any response brief in opposition to the Motion to Dismiss, which shall not exceed 8,000 words.

- June 7, 2018:  Defendants shall file any reply in support of the Motion to Dismiss, which shall not exceed the word count set forth in the Local Civil Rules.

**IT IS FURTHER ORDERED** that the May 3, 2018 hearing date set for Think Finance, LLC's motion to dismiss the original Complaint is vacated.

DATED this 10th day of April, 2018.

_____
Brian Morris
United States District Court Judge