# UNITED STATES DISTRICT COURT
# DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>*Plaintiff,*<br><br>v.<br><br>THINK FINANCE, LLC, formerly known as Think Finance, Inc., THINK FINANCE SPV, LLC, FINANCIAL U, LLC, TC LOAN SERVICE, LLC, TAILWIND MARKETING, LLC, TC ADMINISTRATIVE SERVICES, LLC, and TC DECISION SCIENCES, LLC<br><br>*Think Entities.* | Case No. 4:17-cv-00127-BMM |

## DFENDANTS' CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants Think Finance, LLC, Think Finance SPV, LCC, Financial U, LLC, TC Loan Service, LLC, Tailwind Marketing, LLC, TC Administrative Services, LLC, and TC Decision Services, LLC  state as follows:

Defendant Think Finance, LLC ("Think LLC") is a wholly owned subsidiary of TF Holdings, Inc. and no publicly held company owns 10% or more of its stock.

Defendant TC Loan Service, LLC ("TC Loan") is a wholly owned subsidiary of Think LLC and no publicly held company owns 10% or more of its stock.

1

Defendant Tailwind Marketing, LLC is a wholly owned subsidiary of TC Loan and no publicly held company owns 10% or more of its stock.

Defendant TC Decision Services, LLC is a wholly owned subsidiary of TC Loan and no publicly held company owns 10% or more of its stock.

Defendant Financial U, LLC is a wholly owned subsidiary of Think LLC and no publicly held company owns 10% or more of its stock.

Think Finance SPV, LLC is a wholly owned subsidiary of Think LLC and no publicly held company owns 10% or more of its stock.

TC Administrative Services, LLC is a wholly owned subsidiary of TC Loan and no publicly held company owns 10% or more of its stock.

Respectfully submitted,

Dated: April 30, 2018    By: */s/ Thomas M. Hefferon*
THOMAS M. HEFFERON (*pro hac vice*)
MATTHEW S. SHELDON (*pro hac vice*)
**GOODWIN PROCTER LLP**
901 New York Avenue NW
Washington, DC 20001
Tel.: 202-346-4000
Fax.: 202-346-4444
*thefferon@goodwinlaw.com*
*srosesmith@goodwinlaw.com*
*msheldon@goodwinlaw.com*

DAVID ROSENBERG (*pro hac vice*)
**GOODWIN PROCTER LLP**
100 Northern Avenue
Boston, MA 02210
Tel.: 617-570-1000
Fax.: 617-523-1231
*drosenberg@goodwinlaw.com*

*/s/ Leo S. Ward (with permission)*

2

LEO S. WARD
**BROWNING KALECZYC BERRY & HOVEN P.C.**
800 N. Last Chance Gulch, Suite 101
Helena, MT  59601
Tel.:  (406) 443-6820
leow@bkbh.com

Attorneys for Defendants:
THINK FINANCE, LLC; THINK FINANCE SPV, LLC; FINANCIAL U, LLC; TC LOAN SERVICE, LLC; TAILWIND MARKETING, LLC; TC ADMINISTRATIVE SERVICES, LLC; and TC DECISION SERVICES, LLC

## **CERTIFICATE OF SERVICE**

I, Thomas M. Hefferon, certify that on this 30th day of April, 2018, I served the foregoing document on all counsel of record via the Court's CM/ECF system. The document is available for viewing and downloading from the ECF system.

*/s/ Thomas M. Hefferon*
Thomas M. Hefferon
