# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>Plaintiff,<br><br>v.<br><br>THINK FINANCE, LLC, et al.,<br><br>Defendants. | CV-17-127-GF-BMM<br><br>**ORDER GRANTING MOTION FOR LEAVE TO FILE AMICUS BRIEF** |

For good cause shown, the Court grants leave to the The Native American Financial Services Association (NFASA) and the State of Oklahoma to file a joint amicus brief.

**IT IS ORDERED** that the Motion to Leave to File Amicus Brief (Doc. 55) is **GRANTED.**

DATED this 18th day of June, 2018.

Brian Morris
United States District Court Judge

1