# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>Plaintiff,<br><br>v.<br><br>THINK FINANCE, LLC, f/k/a THINK FINANCE, INC.<br><br>Defendants. | CV-17-127-GF-BMM<br><br>**ORDER** |

Defendants have moved for an order allowing Steven Ellis, Esq. and Jeremy Lateiner, Esq. to appear *pro hac vice* in this case with Leo S. Ward, Esq., designated as local counsel. The applications of Mr. Ellis and Mr. Lateiner appear to be in compliance with L.R. 83.1(d).

IT IS ORDERED:

Defendants's motions to allow Mr. Ellis and Mr. Lateiner to appear on their behalf (Docs. 82 and 83) are GRANTED, subject to the following conditions:

1. Local counsel shall exercise the responsibilities required by L.R. 83.1(d)(5) and must be designated as lead counsel or as co-lead counsel;

2. Only one attorney appearing *pro hac vice* may act as co-lead counsel;

3. Mr. Ellis and Mr. Lateiner must each do their own work. Each must do their own writing, sign their own pleadings, motions, briefs, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court;

4. Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed; and

5. Admission is personal to Mr. Ellis and Mr. Lateiner.

IT IS FURTHER ORDERED:

Each applicant shall file, within fifteen (15) days from the date of this Order, an acknowledgment and acceptance of their admission under the terms set forth above.

DATED this 12th day of September, 2018.

/s/ Brian Morris

Brian Morris
United States District Court Judge