# UNITED STATES DISTRICT COURT
# DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>*Plaintiff*,<br><br>v.<br><br>THINK FINANCE, LLC, formerly known as Think Finance, Inc., THINK FINANCE SPV, LLC, FINANCIAL U, LLC, TC LOAN SERVICE, LLC, TAILWIND MARKETING, LLC, TC ADMINISTRATIVE SERVICES, LLC, and TC DECISION SCIENCES, LLC,<br><br>*Defendants*. | Case No. 4:17-cv-00127-BMM<br><br>Hon. Brian M. Morris<br><br>ORDER |

Pursuant to the Parties' Joint Motion to Stay, filed on April 25, 2019, the Court stays this case including all case deadlines. The stay will terminate upon:

1) A joint motion by the parties for entry of a proposed Consent Order resolving this litigation;

2) A motion by either party if Defendants fail to confirm a plan of reorganization or seek to confirm a plan to which the Bureau does not agree in the Defendants' bankruptcy proceeding, *In re: Think Finance, LLC, et al.*, Bankr. N.D. Tex. 17-33964-hdh-11; or

3) A motion by either party upon other good cause shown.

The parties shall file status reports with the Court every 60 days until the

1

stay terminates.

DATED this 30th day of April, 2019.

_____
Brian Morris
United States District Court Judge