## UNITED STATES DISTRICT COURT
## DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| CONSUMER FINANCIAL PROTECTION BUREAU,<br><br>*Plaintiff,*<br><br>v.<br><br>THINK FINANCE, LLC, formerly known as Think Finance, Inc., THINK FINANCE SPV, LLC, FINANCIAL U, LLC, TC LOAN SERVICE, LLC, TAILWIND MARKETING, LLC, TC ADMINISTRATIVE SERVICES, LLC, and TC DECISION SCIENCES, LLC,<br><br>*Defendants.* | Case No. 4:17-cv-00127-BMM<br><br>Hon. Brian M. Morris |

## JOINT STATUS REPORT

Plaintiff Consumer Financial Protection Bureau ("Bureau") and Defendants Think Finance, LLC, formerly known as Think Finance, Inc., Think Finance SPV, LLC, Financial U, LLC, TC Loan Service, LLC, Tailwind Marketing, LLC, TC Administrative Services, LLC, and TC Decision Sciences, LLC ("Defendants"), through their undersigned counsel, submit this Joint Status Report pursuant to the Court's instructions during the November 12, 2019 status conference.

The parties are involved in a related bankruptcy proceeding, *In re: Think Finance, LLC, et al.*, Bankr. N.D. Tex. 17-33964-hdh-11. On November 25, 2019, the Bankruptcy Court conducted a hearing regarding confirmation of Defendants' Chapter 11 Plan of Reorganization (Plan). At the conclusion of the hearing, the

Court indicated that it would enter an order approving confirmation of the Plan, and instructed the parties to submit a proposed order to that effect. On December 5, 2019, the Court then entered an order approving the Plan.

Within 60 days following the Effective Date[1] of the Defendants' Plan, or at such other time as mutually agreed prior to the Effective Date by the Bureau and Defendants, the Bureau will file a motion for entry of a proposed Consent Order resolving this case. The parties currently anticipate that the Effective Date will occur on or before December 7, 2019, and that the Bureau will file the proposed Consent Order resolving this case on or before February 5, 2020.

The parties will file their next Joint Status report on or before December 30, 2019.

Dated: December 6, 2019

By: /s/ Benjamin Vaughn
Benjamin Vaughn
Rebeccah Watson
*Enforcement Attorneys*
**CONSUMER FINANCIAL PROTECTION BUREAU**
1700 G Street, NW
Washington, DC 20552
Telephone (Vaughn): 202-435-7964
Telephone (Watson): 202-435-7895
Fax: 202-435-7722

---

[1] "Effective Date" is defined in the Defendants' Plan at page 6, *In re: Think Finance, LLC, et al.*, Bankr. N.D. Tex. 17-33964-hdh-11, Dkt. 1473, and means the date upon which all of the conditions precedent to the effective date of the plan have occurred, including confirmation of the Defendants' Plan.

E-mail: Benjamin.Vaughn@cfpb.gov
E-mail: Rebeccah.watson@cfpb.gov

Attorneys for Plaintiff:
CONSUMER FINANCIAL
PROTECTION BUREAU


LEO S. WARD
**BROWNING KALECZYC BERRY & HOVEN P.C.**
800 N. Last Chance Gulch, Suite 101
Helena, MT 59601
Tel.: (406) 443-6820
leow@bkbh.com

THOMAS M. HEFFERON (*pro hac vice*)
MATTHEW S. SHELDON (*pro hac vice*)
**GOODWIN PROCTER LLP**
901 New York Avenue NW
Washington, DC 20001
Tel.: 202-346-4000
Fax.: 202-346-4444
*thefferon@goodwinlaw.com*
*srosesmith@goodwinlaw.com*
*msheldon@goodwinlaw.com*

Attorneys for Defendant:
THINK FINANCE, LLC

## Certificate of Service

I hereby certify that a copy of the foregoing document was filed on December 6, 2019, which will send notification to all parties registered with the Court's CM/ECF system.

/s/ Benjamin Vaughn
Benjamin Vaughn
*Enforcement Attorney*

Consumer Financial Protection Bureau
1700 G Street NW
Washington, DC 20552